IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **DEMETRIA NEAL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. 11-2929-STA-cgc |
| | ) |
| **IT'S ALL GOOD AUTO SALES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge' Report and Recommendation that Defendant's Motion to Enforce Signed Settlement Agreement be granted in part, denied in part. (D.E. # 34) filed on August 28, 2012. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before September 11, 2012. Neither party has filed objections within the time permitted. Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Defendant's Motion to Enforce the Settlement Agreement is **GRANTED IN PART**, **DENIED IN PART**.

In light of the fact that the parties' settlement agreement will be enforced, Defendant's pending Motion to Dismiss (D.E. # 12) and the parties' Joint Motion for an Amended Scheduling Order (D.E. # 24) are **DENIED** as moot.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: September 19, 2012.